**Order entered March 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01319-CV

**DANA AND CHRISTOPHER SHEARIN, Appellants**

**V.**

**WELLS FARGO BANK, N.A., Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-01581-2014**

## ORDER

We **GRANT** court reporter Claudia Webb's March 5, 2015 request for extension of time to file record and **ORDER** the reporter's record be filed no later than March 19, 2015.

/s/ CRAIG STODDART
   JUSTICE